# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

LAKHANI RX INC. d/b/a GARDEN DRUG PHARMACY, on behalf of itself and all others similarly situated,

**Plaintiff(s)**

v.

GOODRX, INC.; GOODRX HOLDINGS, INC.; CVS CAREMARK CORPORATION; EXPRESS SCRIPT HOLDINGS COMPANY; MEDIMPACT HEALTHCARE SYSTEMS, INC.; and NAVITUS HEALTH SOLUTIONS, LLC,

**Defendant(s)**

Case No.: 1:25-CV-00003

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Darren Corrente__, am a member in good standing of the bar of this Court. I am moving for the admission of Attorney __Charles E. Schaffer__ to appear *pro hac vice* in this case as counsel for __Lakhani RX Inc. d/b/a Garden Drug Pharmacy__.

I certify that I have reviewed the below information provided by the prospective admittee. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

LOCAL COUNSEL:

| | |
|---|---|
| Darren Corrente | /s/Darren Corrente |
| *Name* | *Signature* |
| 3923 | 06/16/2025 |
| *Bar Number* | *Date* |
| Corrente Law | (401) 331-7720 |
| *Firm/Agency* | *Telephone Number* |
| 226 S. Main St, 3rd Fl. | (401) 453-2549 |
| *Address* | *Fax Number* |
| Providence, RI 02903 | darren@correntelawri.com |
| *City, State, Zip Code* | *E-mail Address* |

**To be completed by the Prospective Admittee**

I am a member in good standing of the bar of every state and federal court to which I have been admitted, and my eligibility to practice before those courts has not been restricted in any way (*list courts below.*)

| State or Federal Court | Admission Date | | State or Federal Court | Admission Date |
|---|---|---|---|---|
| SEE ATTACHED | | | | |
| | | | | |
| | | | | |
| | | | | |

## To be completed by the Prospective Admittee

*If you answer yes to any of the below questions, you <u>must</u> provide a full explanation as an attachment.*

| Question | YES | NO |
|---|---|---|
| Have you ever been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys? | ☐ | ✔ |
| Are there any disciplinary proceedings pending against you at this time? | ☐ | ✔ |
| Has your *pro hac vice* status ever been revoked by any court? | ☐ | ✔ |
| Excluding traffic violations punishable by fine only, have you ever been convicted of, or entered a plea of no contest to, any crime? | ☐ | ✔ |
| Are there any criminal charges pending against you at this time? | ☐ | ✔ |

## Certification and Signature

For the purpose of this case, I have associated with local counsel identified in this motion, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I understand my obligation to notify this Court of any changed circumstances that affect my answers to the questions contained within this motion.

I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it. I hereby certify that the foregoing is true and correct.

Respectfully submitted,

PROSPECTIVE ADMITTEE:

Charles E. Schaffer
*Name*

Levin Sedran & Berman, LLP
*Firm/Agency*

510 Walnut St, Suite 500
*Address*

Philadelphia, PA 19106
*City, State, Zip Code*

/s/Charles E. Schaffer
*Signature*

(215) 592-1500
*Telephone Number*

(215) 592-4663
*Fax Number*

cschaffer@lfsblaw.com
*E-mail Address*



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Charles Schaffer, Esq.*

**DATE OF ADMISSION**

*November 27, 1995*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: May 19, 2025

Nicole Traini
Chief Clerk



## **Charles E. Schaffer Admissions**

**Courts**
**Dates of Admission**

Pennsylvania:
11/27/1995

| | |
|---|---|
| USDC of Eastern District of PA: | 02/05/1998 |

US Court of Appeals for the Third Circuit:
03/31/1998

| | |
|---|---|
| USDC of Central District of IL: | 03/14/2011 |
| USDC of Northern District of IL: | 01/23/2012 |
| USDC of Middle District of PA: | 04/13/2012 |

US Court of Appeals for the Sixth Circuit:
11/14/2012

| | |
|---|---|
| USDC of Northern District of NY: | 03/07/2013 |
| USDC of Western District of PA: | 01/29/2016 |

USDC of Eastern District of WI:
12/26/2018

US Court of Appeals for the Ninth Circuit:
08/25/2022

| | |
|---|---|
| USDC of Southern District of TX: | 11/13/24 |